District Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAKLEE & OLIVER, P.S., and JONATHAN SHAKLEE, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendant. | Case No. 2:20-cv-806-RAJ <br><br> STIPULATED MOTION FOR EXTENSION OF TIME AND [PROPOSED] ORDER <br><br> **Noted for Consideration:** <br> **July 1, 2020** |

## JOINT STIPULATION

The parties here by jointly STIPULATE AND AGREE to extend the following deadlines to allow for potential resolution of the litigation without motion practice:

| **Deadline** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Defendant's Response to the Complaint | July 6, 2020 | August 5, 2020 |
| Deadline to Conduct FRCP 26(f) Conference | July 15, 2020 | August 14, 2020 |
| Deadline to Exchange Initial Disclosures | July 22, 2020 | August 21, 2020 |
| Deadline to file JSR | July 29, 2020 | August 28, 2020 |

STIPULATED MOTION FOR EXTENSION
OF TIME AND [PROPOSED] ORDER
2:20-cv-806-RAJ- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 **SO STIPULATED**.

2 Dated this 1st day of July, 2020.

3

4

5                                     s/ *Greg McLawsen*
GREG MCLAWSEN, WSBA # 41870
Sound Immigration
113 Cherry St. ECM# 45921
Seattle, WA  98104-2205
Phone: 855-809-5115
Email: greg@soundimmigration.com
Attorneys for Plaintiff

s/ *Michelle R. Lambert*
MICHELLE R. LAMBERT, NY # 4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email:  michelle.lambert@usdoj.gov
Attorneys for Defendant

**[PROPOSED] ORDER**

**IT IS SO ORDERED**.

Dated this ____ day of July 2020.

_____
RICHARD A. JONES
United States District Judge